# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

Case No. _____

| | |
|---|---|
| CHRISTINA M. HENAGAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| LOWE'S COMPANIES, INC., | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant LOWE'S COMPANIES, INC., by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action, which is pending as Case No. 21-CVS-3019 in the General Court of Justice, Superior Court Division, Iredell County, North Carolina, to the United States District Court for the Western District of North Carolina, Statesville Division. In support of its Notice of Removal, Defendant states as follows:

### Nature of the Action

1. On November 1, 2021, Plaintiff Christina M. Henagan filed an action in the General Court of Justice, Superior Court Division, Iredell County, North Carolina titled *Christina M. Henagan v. Lowe's Companies, Inc.*, Case No. 21-CVS-3019. Plaintiff's Complaint contains one cause of action: a claim for disability discrimination (failure to accommodate) in violation of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 *et seq.* ("ADA").

2. Defendant, through its counsel, received a copy of Plaintiff's Complaint on November 17, 2021. Thereafter, Defendant was served with Summons and a copy of the Complaint on December 2, 2021 via Defendant's registered agent, Corporation Service Company. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Plaintiff's Complaint, and all other process, pleadings and orders served on Defendant are attached as **Exhibit A**.

### Basis for Removal

3. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because Plaintiff's ADA claim arises under the Constitution, laws, or treaties of the United States. Any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court.

4. Because this action is pending in the General Court of Justice, Superior Court Division, Iredell County, North Carolina, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

### Timeliness of Removal

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed and served within thirty (30) days after Defendant's receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

### Notice of Removal Provided To State Court

6. Prompt written notice of this Notice of Removal is being served upon Plaintiff and sent to the Clerk of the Court of the General Court of Justice, Superior Court Division, Iredell County, North Carolina, as required by 28 U.S.C. § 1446(d).

## Conclusion

Removal is proper because this action falls within this Court's original federal question jurisdiction, and removal is timely being made to the Western District of North Carolina, which embraces the place where this action is pending. Defendant, having met all procedural requisites for removal and having paid the appropriate filing fee, respectfully requests that the Court take jurisdiction over this action and conduct all further proceedings.

Respectfully submitted,

LOWE'S COMPANIES, INC.

By: */s/ Frederick T. Smith*
Frederick T. Smith
North Carolina Bar No. 45229
Attorney for Defendant
SEYFARTH SHAW LLP
121 W. Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 925-6023
Facsimile: (704) 559-2425
E-mail: fsmith@seyfarth.com

Margaret M. Manos
North Carolina Bar No. 34837
Attorney for Defendant
SEYFARTH SHAW LLP
121 W. Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 925-6030
Facsimile: (704) 559-2425
E-mail: mmanos@seyfarth.com

Date: December 17, 2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. _____

| | |
|---|---|
| CHRISTINA M. HENAGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LOWE'S COMPANIES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed DEFENDANT'S NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system, and a copy of the same was served by the United States Postal Service on the following counsel of record:

>Elizabeth B. Hilker
>John Brem Smith
>SMITH LAW FIRM, P.C.
>5950 Fairview Road, Suite 710
>Charlotte, North Carolina 28210

>*/s/ Frederick T. Smith*
>Frederick T. Smith
>North Carolina Bar No. 45229
>Attorney for Defendant